UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL, et al., | No. 2: 15-cv-00815-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| ACUITY BRANDS LIGHTING, INC., | |
| Defendants. | |

      Plaintiffs filed a notice of settlement on September 16, 2015, stating the case has been settled and that the case should be dismissed within thirty (30) days. ECF No. 17. Pursuant to plaintiffs' notice, the court issued a minute order directing the parties to file dispositional documents no later than October 16, 2015. ECF No. 18. As of the date of this order, the parties have yet to file any dispositional documents.

      IT IS THEREFORE ORDERED that plaintiffs and defendant show cause within seven (7) days of the date of this order why they should not be sanctioned in the amount of $250 for their failure to comply with this court's order, ECF No. 18.

DATED: February 22, 2016

UNITED STATES DISTRICT JUDGE

1